ROB BONTA
Attorney General of California
CASSANDRA J. SHRYOCK
Supervising Deputy Attorney General
PAUL KOZINA
Deputy Attorney General
State Bar No. 260339
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone: (619) 738-9317
  Fax: (916) 732-7920
  E-mail: Paul.Kozina@doj.ca.gov
*Specially Appearing for Defendants
California Department of Corrections and
Rehabilitation, J. Macomber, and K. Santoro*

Bryan J. Harrison - 277312
  Email: *bryan@h-klaw.com*
Edi Kristopher – 284833
  Email: *edi@h-klaw.com*
HARRISON | KRISTOPHER, LLP
301 E. Colorado Blvd., Suite 323
Pasadena, CA 91101
Telephone: (866) 529-6155

Attorneys for Plaintiffs,
The Estate of Joseph Mendoza, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE ESTATE OF JOSEPH MENDOZA, et al.,<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>Defendants. | 5:25-cv-10320-SVK<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE** |

1

Stip. to Extend Resp. Pleading Deadline (5:24-cv-03476-EKL)

I. **STIPULATION**

Plaintiffs filed their Complaint on December 1, 2025. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' responsive pleading is currently due on December 26, 2025. Following a discussion between counsel for the parties, and pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate to extend the time for Defendants to file a responsive pleading to January 31, 2026.

II. **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that he has authorization from Mr. Harrison to affix his signature below.

Dated: December 17, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
CASSANDRA J. SHRYOCK
Supervising Deputy Attorney General

*/s/ Paul Kozina*

PAUL KOZINA
Deputy Attorney General
*Specially Appearing for Defendants California Department of Corrections and Rehabilitation, J. Macomber, and K. Santoro*

*/s/ Bryan J. Harrison*

BRYAN J. HARRISON
Harrison Kristopher LLP
*Attorneys for Plaintiffs*
(as authorized on December 18, 2025, per L.R. 5-1(i)(3))

2

Stip. to Extend Resp. Pleading Deadline (5:24-cv-03476-EKL)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **The Estate of Joseph Mendoza, et al. v. California Department of Corrections and Rehabilitation, et al.** | No. | **5:25-cv-10320-SVK** |

I hereby certify that on <u>December 18, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 18, 2025</u>, at San Diego, California.

| A. Ceja | *[signature]* |
|---|---|
| Declarant | Signature |

SF2025605306
85496349.docx