1 | Bryan J. Harrison – 277312
  |    bryan@h-klaw.com
2 | Edi Kristopher – 284833
  |    edi@h-klaw.com
3 | **HARRISON | KRISTOPHER, LLP**
  | 301 E Colorado Blvd Ste 323
4 | Pasadena CA 91101
  | Phone: (866) 529-6155
5 |
  | Stephen A. King – 224683
6 |    sking@kingsjusticelaw.com
  | **KINGS JUSTICE LAW, APC**
7 | 280 S Beverly Dr Penthouse
  | Beverly Hills CA 90212-3905
8 | Phone: (323) 546-4529

9 | Adante De Pointer – 236229
  |    apointer@lawuersftp.com
10 | Patrick M. Buelna – 317043
   |    pbuelna@lawyersftp.com
11 | **POINTER & BUELNA**
   | 155 Filbert St Ste 208
12 | Oakland CA 94607-2524
   | Telephone: (510) 929-5400
13 |
   | Attorneys for Plaintiffs,
14 | THE ESTATE OF JOSEPH MENDOZA, et al.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THE ESTATE OF JOSEPH MENDOZA, *by and through Celina Mendoza, Zina Kumetat and Ismael Mendoza, Successors-in-Interest to Joseph Mendoza;* CELINA MENDOZA, *as an individual;* ZINA KUMETAT, *as an individual;* ISMAEL MENDOZA, *as an individual;* ADRIAN MENDOZA, *as an individual; and* SAVINA DECARLI, *as an individual,*<br><br>     Plaintiffs,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; California Dept. of Corrections and Rehabilitation Secretary JEFF MACOMBER; Salinas Valley State Prison Warden KELLY SANTORO; and DOES 1 through 50, inclusive,<br><br>     Defendants. | **CASE NO.: 5:25-cv-10320-EJD**<br><br>**PLAINTIFFS' DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

1  Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Plaintiffs certify that as
2  of this date, other than the named parties, there is no such interest to report.

3

4  Respectfully Submitted,

5

6  Dated: January 30, 2026          **HARRISON | KRISTOPHER, LLP**

7

8                                    By: _____
                                          Bryan J. Harrison, Esq.,
9                                         Attorneys for Plaintiffs