UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JOSEPH MENDOZA, et al., | Case No.  5:25-cv-10320-EJD |
| Plaintiffs, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, this matter is referred to United States Magistrate Judge Nathanael M. Cousins to conduct a settlement conference no later than June 3, 2026, or as soon as is convenient for the assigned Magistrate Judge.

The Parties are Ordered to contact the assigned Magistrate Judge no later than March 18, 2026, to schedule a settlement conference.

**IT IS SO ORDERED.**

Dated:  March 5, 2026

EDWARD J. DAVILA
United States District Judge

*Rev. 10-18*