ROB BONTA
Attorney General of California
CASSANDRA J. SHRYOCK
Supervising Deputy Attorney General
PAUL KOZINA
Deputy Attorney General
State Bar No. 260339
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone: (619) 738-9317
  Fax: (916) 732-7920
  E-mail: Paul.Kozina@doj.ca.gov
*Attorneys for Defendants*
*California Department of Corrections and*
*Rehabilitation, J. Macomber, and K. Santoro*

Adante D. Pointer
Patrick M. Buelna
Pointer & Buelna
155 Filbert Street, Suite 208
Oakland, CA 94607
E-mail Address:
apointer@lawyersftp.com
E-mail Address:
pbuelna@lawyersftp.com

Stephen A. King
Kings Justice Law, APC
280 S. Beverly Dr. Penthouse
Beverly Hills, CA 90212
E-mail Address:
sking@kingsjusticelaw.com

Bryan J. Harrison
Edi Kristopher
Harrison Kristopher, LLP
301 E. Colorado Blvd., Ste. 323
Pasadena, CA 91101
E-mail Address: bryan@h-klaw.com
E-mail Address: edi@h-klaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE ESTATE OF JOSEPH MENDOZA, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>Defendants. | 5:25-cv-10320-EJD<br><br>**STIPULATION TO DISMISS DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION WITHOUT PREJUDICE AND [PROPOSED] ORDER** (Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

1

## I.    STIPULATION

Plaintiffs filed their First Amended Complaint on February 19, 2026.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to dismiss the California Department of Corrections and Rehabilitation as a Defendant without prejudice.

## II.    SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that he has authorization from Mr. Pointer to affix his signature below.

Dated:  March 24, 2026                              Respectfully submitted,

ROB BONTA
Attorney General of California
CASSANDRA J. SHRYOCK
Supervising Deputy Attorney General


*/s/ Paul Kozina*
PAUL KOZINA
Deputy Attorney General
*Attorneys for Defendants*
*California Department of Corrections and*
*Rehabilitation, J. Macomber, and K.*
*Santoro*


*/s/ Adante D. Pointer*
ADANTE D. POINTER
POINTER & BUELNA
*Attorneys for Plaintiffs*
(as authorized on February 24, 2026, per
L.R. 5-1(i)(3))

2

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that Defendant California Department of Corrections and Rehabilitation is dismissed without prejudice, with each side to bear its own attorneys' fees and costs. **IT IS SO ORDERED.**

Dated: _____          _____
                                          The Honorable Edward J. Davila
                                          United States District Judge

3

# CERTIFICATE OF SERVICE

Case Name: **The Estate of Joseph Mendoza,**      No.    **5:25-cv-10320-EJD**
**et al. v. California Department**
**of Corrections and**
**Rehabilitation, et al.**

I hereby certify that on <u>March 24, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION TO DISMISS DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION WITHOUT PREJUDICE AND [PROPOSED] ORDER (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 24, 2026</u>, at San Diego, California.

A. Ceja
Declarant

Signature

SF2025605306
85639313.docx