ROB BONTA
Attorney General of California
CASSANDRA J. SHRYOCK
Supervising Deputy Attorney General
PAUL KOZINA
RAYE HUTSLAR
State Bar No. 356966
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 510-3368
  Fax: (415) 703-5843
  E-mail: Raye.Hutslar@doj.ca.gov
*Attorneys for Defendants J. Macomber and
K. Santoro*

Adante De Pointer
Patrick M. Buelna
Pointer & Buelna
155 Filbert Street, Suite 208
Oakland, CA 94607
E-mail Address:  apointer@lawyersftp.com
E-mail Address:  pbuelna@lawyersftp.com

Stephen A. King
Kings Justice Law, APC
280 S. Beverly Dr. Penthouse
Beverly Hills, CA 90212
E-mail Address: sking@kingsjusticelaw.com

Bryan J. Harrison
Edi Kristopher
Harrison Kristopher, LLP
301 E. Colorado Blvd., Ste. 323
Pasadena, CA 91101
E-mail Address:  bryan@h-klaw.com
E-mail Address:  edi@h-klaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THE ESTATE OF JOSEPH MENDOZA, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>Defendants. | Case No. 5:25-cv-10320-EJD<br><br>**STIPULATION TO ALLOW DEFENDANTS TO ATTACH AN EXHIBIT TO JOINT DISCOVERY LETTER REGARDING THE DISPUTED PROTECTIVE ORDER AND  ORDER** |

1

## I.    STIPULATION

The parties are unable to come to an agreement on an acceptable version of a protective and are currently working on a joint letter brief to file with the Court. Under local rule 7-12, the parties stipulate that Defendants may attach an exhibit to the joint letter brief, which is their proposed version of the protective order.

## II.    SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that she has authorization from Mr. Pointer to affix his signature below.

Dated: May 6, 2026                                      Respectfully submitted,

ROB BONTA
Attorney General of California
CASSANDRA J. SHRYOCK
Supervising Deputy Attorney General


*/s/: Raye Hutslar*
RAYE HUTSLAR
PAUL KOZINA
Deputy Attorneys General
*Attorneys for Defendants*
*J. Macomber, and K. Santoro*


/s/ Adante De Pointer
ADANTE DE POINTER
POINTER & BUELNA
*Attorneys for Plaintiffs*
(as authorized on May 6, 2026, per L.R. 5-1(i)(3))

2

**ORDER**

Pursuant to the stipulation of the parties under local rule 7-12, IT IS HEREBY ORDERED that Defendants may attach an exhibit to the joint letter brief regarding the disputed protective order.

**IT IS SO ORDERED.**

Dated:    May 6, 2026

_____

The Honorable Nathanael M. Cousins
United States Magistrate Judge

GRANTED

Judge Nathanael M. Cousins

3

# CERTIFICATE OF SERVICE

Case Name:    ***The Estate of Joseph Mendoza, et al. v. California Department of
Corrections and Rehabilitation, et al.***

Case No.      **5:25-cv-10320-EJD**

I hereby certify that on <u>May 6, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO ALLOW DEFENDANTS TO ATTACH AN EXHIBIT TO JOINT DISCOVERY LETTER REGARDING THE DISPUTED PROTECTIVE ORDER AND [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 6, 2026</u>, at San Francisco, California.

<table>
<tr><td>G. Pang</td><td></td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>

SF2025605306/45064701.docx